E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
K. AFIA BONDERO (Cal. Bar No. 318763)
NISHA CHANDRAN (Cal. Bar No. 325345)
Assistant United States Attorneys
Major Frauds and Corporate and Securities
Fraud Strike Force Sections
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:    (213) 894-2435/2249
    Facsimile:    (213) 894-0141
    E-mail:    afia.bondero@usdoj.gov
    Email:    nisha.chandran@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 24-00020-JFW |
| Plaintiff, | ORDER |
| v. | |
| PAULINUS IHEANACHO OKORONKWO, | |
| Defendant. | |

    For good cause shown, IT IS HEREBY ORDERED THAT:

    The Government's Ex Parte Application for Approval to File Motion in Limine # 4 to Preclude Jury Nullification Arguments is GRANTED.

    IT IS SO ORDERED.

August 30, 2024  
DATE

*[signature]*  
HONORABLE JOHN F. WALTER  
UNITED STATES DISTRICT JUDGE

Presented by:

  /s/  
NISHA CHANDRAN  
Assistant United States Attorney